**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CR. 06-0078ML**

**SCOTT HILL**

**MOTION TO VACATE PLEA**

NOW COMES the defendant Scott Hill and by and through counsel moves that the defendant be allowed to withdraw his plea of guilty that was entered in this court on the 27th day of September 2006.

Although counsel has moved to withdraw at the request of the defendant he remains counsel of record and on behalf of the defendant moves as follows: that the plea entered be vacated on the ground that the defendant has serious psychological issues and is seeking a psychological and or psychiatric exam for the purpose of exploring a defense of insanity and or diminished capacity.

Present counsel (the undersigned) did not previously seek any sort of competency exam or psychological / psychiatric testing of the defendant and based on the defendant's wishes and present state of mind moves that the plea of guilty be vacated to give the defendant the opportunity to explore those defenses.

SCOTT HILL
By his attorney,
*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898

CERTIFICATION

I HEREBY CERTIFY THAT I DELIVERED TO JAMES H. LEAVEY, A.U.S.A. A TRUE COPY OF THIS MOTION VIA ELECTRONIC FILING ON THE 4TH DAY OF JANUARY, 2007.

*/S/William C. Dimitri*