**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CR. 06-0078ML**

**SCOTT HILL**

**COUNSEL'S MOTION TO WITHDRAW**

NOW COMES William C. Dimitri, counsel for the within named defendant Scott Hill and respectfully moves that this Honorable Court allow him to withdraw as counsel in the instant matter.

In support of this motion counsel avers that the defendant is of the opinion that there has been an irremediable breakdown of the attorney / client relationship and that counsel is failing to act in the best interest of the defendant.

Further counsel avers that the very fact that his client feels that there is a such a breakdown of the attorney / client relationship is evidence that the such a breakdown exists and has occurred.

The defendant is entitled to effective counsel and to counsel in which the defendant feels confident.

In the instant matter it is obvious that the defendant has lost confidence in counsel and counsel respectfully moves in the best interests of the client, that he be allowed to withdraw.

SCOTT HILL
By his attorney,
/s/ *William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898

CERTIFICATION

I hereby certify that I served upon James H. Leavey, A.U.S.A. a true copy of this motion by electronic filing on this 4th day of January, 2007.

*/s/ William C. Dimitri*