**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CR. 06-0078ML**

**SCOTT HILL**

**DEFENDANT'S MOTION TO WITHDRAW MOTIONS**

NOW COMES the defendant Scott Hill, and moves that this the motions filed on his behalf on January 4th, 2007 be withdrawn.

Specifically, on the above mentioned date counsel for the defendant filed two motions: the first was a motion seeking to vacate the defendant's plea and the second was a motion seeking for permission to have counsel withdraw from further representation of the defendant.

The defendant after further consideration of those motions and after further consultation with counsel has decided not to pursue those motions and moves that this Honorable Court allow him to withdraw them from further consideration. Instead the defendant moves that this Court move to the sentencing phase of this matter.

Scott Hill
By his attorney,
*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)

CERTIFICATION

I hereby certify that I delivered via electronic filing to James H. Leavey, A.U.S.A. on the 8th day of January, 2007 and to Scott Hill at P. O. Box 8249 Cranston, RI 02920 via regular mail.

*/s/ William C. Dimitri*