# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

RECEIVED

***Case No. CR 06-078-01ML***

JAN 0 5 2007

US MARSHALS
RHODE ISLAND

***To: Warden***
***ACI***
***Cranston, RI***

22297-038

YOU ARE HEREBY COMMANDED, to have the **body** of **Scott Hill**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **18th** day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: January 5, 2007

Sentencing Hearing

David A. DiMarzio, Clerk

***By*** ___
***John Duhamel - Deputy Clerk***